Hillsborough, }
May 2, 1916. }

ELMER E. AVERY, *Adm'r, v.* JEREMIAH J. DOYLE, *Adm'r.*

ASSUMPSIT.    Transferred by *Sawyer*, J., from the September term, 1915, of the superior court.

*Charles J. Hamblett* and *Marshall D. Cobleigh,* for the plaintiff.

*Doyle & Lucier* and *Henri A. Burque,* for the defendant.

WALKER, J.    The question presented in this case having been decided in *Brewster* v. *Brewster,* 52 N. H. 52 (see also *Cummings* v. *Farnham,* 75. N. H. 135), further discussion is unnecessary.

*Exception overruled.*

All concurred.